

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-13-00340-CV

---

VICKIE ANN SAMARRON, APPELLANT

V.

REGENCE HEALTH NETWORK, INC., APPELLEE

---

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. CI-12K-118, Honorable Roland D. Saul, Presiding

---

January 14, 2014

## MEMORANDUM OPINION

### Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Vickie Ann Samarron has filed a motion to dismiss her appeal, signed by appellant's attorney, because the parties have resolved their issues. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice